UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD M. BURMAN,

        Plaintiff,

                              Case No. 1:07-cv-903

v

                              HON. JANET T. NEFF

AMERICAN EAGLE, INC.,

        Defendant.
_____/

## ORDER AND JUDGMENT ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation (Dkt 19) filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation is hereby adopted as the Opinion of the Court.

2. Plaintiff Ronald M. Burman's motion for summary judgment (Dkt 17) is DENIED.

3. Defendant American Eagle, Inc.'s motion to dismiss (Dkt 14) is GRANTED.

4. Judgment is entered in defendant's favor on all of plaintiff's claims.

Date:  March 12,  2007                                       /s/ Janet T. Neff
                                                                         JANET T. NEFF
                                                                         United States District Judge